**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **RICE TIMBER SOLUTIONS, LLC,** | ) | Case No. 20-60947-RBC |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**AMENDED NOTICE OF HEARING AND NOTICE OF (I) TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER AND (II) TRUSTEE'S MOTION FOR APPROVAL OF AUCTION PROCEDURES AND FORM OF NOTICE THEREOF**

**PLEASE TAKE NOTICE THAT** on May 26, 2022, Hannah W. Hutman, Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estate of Rice Timber Solutions, LLC (the "**Debtor**"), by counsel, filed with the United States Bankruptcy Court for the Western District of Virginia, Harrisonburg Division (the "**Court**") the (I) *Trustee's Application to Employ Auctioneer* (the "**Application**"), and (II) *Trustee's Motion for Approval of Auction Procedures and Form of Notice Thereof* (the "**Motion**").

Through the Application, the Trustee seeks authorization to employ Torrence, Read & Forehand Auctions, L.C. in the professional capacity of auctioneer to conduct a sale (the "**Auction**") of certain equipment transferred by the Debtor to Rice R.O.W., LLC and Rice Timber and Land Solutions, LLC (collectively, the "**Rice Parties**").  The equipment is as follows:

(a) 1996 Kenworth W900L;
(b) 2001 International 9900I tractor;
(c) 1999 GMC 2500 pickup;
(d) 2003 Pitts Trailer;
(e) 1982 Fruehauf Trailer;
(f) 2001 Pitts Trailer;
(g) 2011 Hudson Trailer;
(h) 2004 Pitts Trailer;
(i) 1964 Dorsey Trailer;
(j) 2002 Pitts Trailer;
(k) 1997 Pitts Trailer;

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Hirschler Fleischer, P.C.
Post Office Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)
Email:  rwestermann@hirschlerlaw.com
         bfalabella@hirschlerlaw.com

*Counsel for Hannah W. Hutman, Chapter 7 Trustee*

    (l)  1999 Dodge Truck; and
    (m)  2011 Pitts Trailer

(collectively, the "**Equipment**").

  Relatedly, through the Motion, the Trustee seeks entry of an Order (i) authorizing and scheduling the Auction for August 30, 2022 or such other date selected by the Trustee after notice to all parties in interest at 1866 Chapel Grove Road, Evington, Virginia or online, and (ii) approving the form of Notice of Auction.

  **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one.)**

  **PLEASE TAKE FURTHER NOTICE** that the Motion is immediately available through PACER on the Court's website or from counsel for the Trustee.  Contact information for counsel for the Trustee is as follows:

      Robert S. Westermann
      Brittany B. Falabella
      The Edgeworth Building
      2100 East Cary Street
      Richmond, Virginia 23218-0500
      Telephone: 804.771.9500
      Facsimile: 804.644.0957
      E-mail: rwestermann@hirschlerlaw.com
        bfalabella@hirschlerlaw.com

  If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before **June 9, 2022**, you or your attorney must:

  1. File with the Court at the address shown below a written response(s) to the Motion. You must mail or otherwise file your response(s) early enough so the Court will **receive** it on or before **June 9, 2022**:

      Clerk of the Court
      United States Bankruptcy Court
      116 N. Main St., Room 223
      Harrisonburg, VA 22802

  2. You must also serve your written response(s) on the following counsel for the Trustee at the address shown below.  You must serve the written response(s) early enough so that such counsel will **receive** it on or before **June 9, 2022**:

>Robert S. Westermann, Esq.
>Brittany B. Falabella, Esq.
>Hirschler Fleischer, P.C.
>2100 East Cary Street
>Richmond, Virginia 23218-0500
>Email: rwestermann@hirschlerlaw.com
>bfalabella@hirschlerlaw.com

   3. You must also attend the hearing to be held via remote video conference on **June 16, 2022, at 10:00 A.M.** before the Honorable Rebecca B. Connelly using the following link:

   https://vawb-uscourts-gov.zoom.gov.com/j/1603692643

   If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested therein.

*[Remainder of page left intentionally blank]*

3

Dated: June 2, 2022 　　　　　　　　　　　　 /s/ Brittany B. Falabella

　　　　　　　　　　　　　　　　　　　Robert S. Westermann (VSB No. 43294)
　　　　　　　　　　　　　　　　　　　Brittany B. Falabella (VSB No. 80131)
　　　　　　　　　　　　　　　　　　　HIRSCHLER FLEISCHER, P.C.
　　　　　　　　　　　　　　　　　　　The Edgeworth Building
　　　　　　　　　　　　　　　　　　　2100 East Cary Street
　　　　　　　　　　　　　　　　　　　Post Office Box 500
　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23218-0500
　　　　　　　　　　　　　　　　　　　Telephone:  (804) 771-9500
　　　　　　　　　　　　　　　　　　　Facsimile:   (804) 644-0957
　　　　　　　　　　　　　　　　　　　E-mail: rwestermann@hirschlerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　bfalabella@hirschlerlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Hannah W. Hutman, Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

　　　　I hereby certify that on June 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing to all counsel of record registered with the CM/ECF system.  Additionally on June 2, 2022, a true and correct copy of the foregoing Notice was served via first class mail upon the parties listed on the attached **Service List**.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Brittany B. Falabella
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel

4

**SERVICE LIST**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0423-6<br>Case 20-60947<br>Western District of Virginia<br>Lynchburg<br>Wed May 25 09:23:14 EDT 2022 | Hirschler Fleischer, P.C.<br>2100 East Cary Street<br>PO Box 500<br>Richmond, VA 23218-0500 | Rice R.O.W., LLC<br>311 Chapel Grove Road<br>Evington, VA 24550-2297 |
| Rice Timber Solutions, LLC<br>732 Chapel Grove Road<br>Evington, VA 24550-2076 | Rice Timber and Land Solutions, LLC<br>311 Chapel Grove Road<br>Evington, VA 24550-2297 | Truist Bank<br>c/o Peter M. Pearl, Esquire<br>P. O. Box 90<br>Roanoke, VA 24002-0090 |
| US Bankruptcy Court<br>Lynchburg Division<br>1101 Court St, Room 166<br>Lynchburg, VA 24504-4597 | Ann Shortt<br>PO Box 225<br>Altavista, VA 24517-0225 | Ann W. Shortt<br>c/o Paul J. Feinman<br>Petty, Livingston, Dawson & Richards<br>PO Box 1080<br>Lynchburg, VA 24505-1080 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB & T, Truist<br>Attn: Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894-1847 | Boxley Materials Company LLC<br>15418 West Lynchburg Salem Turnpike<br>Blue Ridge, VA 24064-3033 |
| Campbell County Treasurer<br>Attn: Robin F. Jefferson, Treasurer<br>P.O. Box 37<br>Rustburg, VA 24588-0037 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carter Machinery Company Inc<br>PO box 751053<br>Charlotte, NC 28275-1053 |
| Complete Payment Recovery Services<br>PO box 30184<br>Tampa, FL 33630-3184 | Conserve<br>P.O. Box 6320<br>Aurora, IL 60598-0320 | Creditors Collection Service<br>PO Box 21504<br>Roanoke, VA 24018-0152 |
| Dale Phillips<br>152 Oak Ridge Drive<br>Altavista, VA 24517-2215 | Dale W. Phillips<br>c/o Paul J. Feinman<br>Petty, Livingston, Dawson & Richards<br>PO Box 1080<br>Lynchburg, VA 24505-1080 | F.E. 'Tripp' Isnhour, II, Attorney<br>Campbell County of Virginia<br>PO Box 100<br>Rustburg, VA 24588-0100 |
| Firstpoint Coll<br>PO Box 26140<br>Greensboro, NC 27402-6140 | (p)GLASSER AND GLASSER  P L C<br>P O BOX 3400<br>NORFOLK VA 23514-3400 | Green Capital Funding<br>53 Mason Street<br>Greenwich, CT 06830-5427 |
| Hawkins Graves Inc<br>PO box 11675<br>Lynchburg, VA 24506-1675 | Helen Barbour<br>RT. 141 Camp Branch Road<br>Gretna, VA 24557 | Helen W. Barbour<br>c/o Paul J. Feinman<br>Petty, Livingston, Dawson & Richards<br>PO Box 1080<br>Lynchburg, VA 24505-1080 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | J B Heavy Equipment Repair Inc<br>1189 Piney Road<br>Gretna, VA 24557-2581 | James River Equipment<br>PO Box 745382<br>Atlanta, GA 30374-5382 |

| | | |
|---|---|---|
| John D. Purdy, Esquire<br>Fullerton & Knowles, PC<br>12642 Chapel Road<br>Clifton, VA 20124-1953 | Knight Capital Funding<br>9 East Loockerman St<br>Ste 202-543<br>Dover, DE 19901-8306 | Lawrence Equipment, Inc<br>P.O. Box 335<br>Cloverdale, VA 24077-0335 |
| Peter Pearl Esquire<br>Spilman Thomas & Battle PLLC<br>Po Box 90<br>Roanoke, VA 24002-0090 | Rice R.O.W., LLC<br>Attn: Ryland F. Rice, Member/Manage<br>311 Chapel Grove Road<br>Evington, VA 24550-2297 | Rice R.O.W., LLC and Rice Timber and Land So<br>Wood Rogers PLC<br>P. O. Box 14125<br>Roanoke, VA 24038-4125 |
| Rice Timber Solutions, LLC<br>Ryland B. Rice, Member/Manager<br>732 Chapel Grove Road<br>Evington, VA 24550-2076 | Ryland F. Rice<br>311 Chapel Grove Road<br>Evington, VA 24550-2297 | Scott A Cox, Forwarding Director<br>Williams & Williams, Inc<br>2321 Bardstown Road<br>Louisville, KY 40205-2120 |
| Spilman Thomas & Battle PLLC<br>C/O Truist Bank f/k/a BB& T Company<br>310 First Street Suite 1100<br>Roanoke, VA 24011-1916 | TREASURER OF CAMPBELL COUNTY<br>PO BOX 37<br>RUSTBURG, VA 24588-0037 | Truist Bank f/k/a Branch Banking and Trust C<br>c/o Peter M. Pearl, Esquire<br>Spilman Thomas & Battle PLLC<br>P. O. Box 90<br>Roanoke, VA 24002-0090 |
| USTrustee<br>Office of the United States Trustee<br>210 First Street, Suite 505<br>Roanoke, VA 24011-1620 | VA Department of Taxation<br>Bankruptcy Department<br>P O Box 2156<br>Richmond, VA 23218-2156 | World Business Lenders<br>101 Hudson Street 33rd Floor<br>Jersey City, NJ 07302-3905 |
| World Business Lenders<br>P.O. Box 479<br>Elmsford, NY 10523-0479 | World Business Lenders<br>c/o M. Christine Maggard<br>Brock and Scott, PLLC Attorneys at Law<br>8757 Red Oak Blvd., Suite 150<br>Charlotte, NC 28217-3977 | Hannah W. Hutman(436156)<br>Hoover Penrod<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 |
| Reginald R Yancey<br>P O Box 11908<br>Lynchburg, VA 24506-1908 | Richard C Maxwell<br>Woods Rogers PLC<br>10 S. Jefferson Street<br>Suite 1800<br>Roanoke, VA 24011-1323 | W. Joel Charboneau<br>Office of the United States Trustee<br>210 First Street<br>Suite 505<br>Roanoke, VA 24011-1620 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB & T<br>Attn: Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894 | Glasser & Glasser PLC<br>PO box 3400<br>Norfolk, VA 23514 | Internal Revenue Service<br>400 N 8th Street Box 76<br>M/S Room 898<br>Richmond, VA 23219 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Lake Country Drive, LLC | (u)World Business Lenders | (d)Internal Revenue Service<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (u)U.S. Trustee | (d)Ann W. Shortt<br>c/o Paul J. Feinman<br>Petty, Livingston, Dawson & Richards<br>PO Box 1080<br>Lynchburg, VA 24505-1080 | (d)Dale W. Phillips<br>c/o Paul J. Feinman<br>Petty, Livingston, Dawson & Richards<br>PO Box 1080<br>Lynchburg, VA 24505-1080 |
| (d)Helen W. Barbour<br>c/o Paul J. Feinman<br>Petty, Livingston, Dawson & Richards<br>PO Box 1080<br>Lynchburg, VA 24505-1080 | (u)Reginald Yancey | **End of Label Matrix**<br>**Mailable recipients    50**<br>**Bypassed recipients     8**<br>**Total                  58** |